# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

QUINCY KING,                          :
          Plaintiff          :
                               :          CIVIL ACTION
    vs.                               :
                               :          NO. 18-1696
LOWE'S HOME CENTERS, LLC,             :
          Defendant         :

## JUDGMENT

      **AND NOW**, this 27th day of September, 2019, judgment is hereby entered in favor of Plaintiff, Quincy King, and against Defendant, Lowe's Home Centers, LLC, in the amount of $1,277.50.

KATE BARKMAN
Clerk of Court

By:    <u>s/ Terry Milano</u>
       Deputy Clerk