UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUINCY KING | : | CIVIL ACTION |
| Plaintiff, | : | JURY TRIAL DEMANDED |
| vs. | : | C.A. NO. 18-1696 |
| LOWE'S HOME CENTERS, LLC | : | |
| Defendant. | : | |

**SATISFACTION OF ARBITRATION AWARD AND JUDGMENT ON BILL OF COSTS**

TO THE CLERK OF COURT

 Kindly mark the award of arbitrator of April 25, 2019 and the judgment on the bill of costs of September 27, 2019 satisfied.

                          _____
                          AGOSTINO CAMMISA, ESQUIRE
                          Attorney for Plaintiff